(121 So. 923)
**Charlie LACKEY v. STATE.** (7 Div. 468.)

Court of Appeals of Alabama. April 16, 1929.

BRICKEN, P. J. The jury returned a general verdict of guilty under an indictment which contained two counts. The first count charged that he did distill, make, etc., alcoholic and spirituous liquors, etc. The second count charged the unlawful possession of a still.

No points of decision are presented for the

consideration of this court on this appeal. The record is regular and the judgment is affirmed.

Affirmed.